IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Alexander, III,

    Plaintiff(s),

vs.

C/O Maynard, et al.,

    Defendant(s).

Case Number: 1:16cv1139

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 3, 2018 a Report and Recommendation (Doc. 24). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 26).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to obey a Court order. This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court